# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

GINA BRONOWICZ, *et al.*,

        Plaintiffs,

vs.

FP HOLDINGS, L.P., dba PALMS CASINO RESORT, a Nevada Limited Partnership,

        Defendant.

2:14-cv-01822-GMN-CWH

**ORDER**

Before the court is Defendant's Request for Exception from Attendance at Early Neutral Evaluation. (#10). Defendant requests that its insurer, AIG, be excused from attending the ENE in person. Defendant has given sufficient reasons to excuse its insurer, AIG, from attending the ENE in person.

Accordingly,

IT IS HEREBY ORDERED the Defendant's Request for Exception from Attendance at Early Neutral Evaluation (#10) is GRANTED.

IT IS FURTHER ORDERED that Defendant's insurer, AIG, must be available by telephone for the duration of the ENE.

DATED this 3rd day of February, 2015.

 

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE