Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Amy L. Baker, Bar No. 11907
amy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*FP Holdings, L.P. dba Palms Casino Resort*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GINA BRONOWICZ; ROBERT DiPIETRO; JAMES KARACOSTAS; JULIANA LAMB; and MARLA MITTELMAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>FP HOLDINGS, L.P. dba PALMS CASINO RESORT, a Nevada Limited Partnership,<br><br>Defendants. | Case No. 2:14-cv-01822-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS OF PLAINTIFFS ROBERT DIPIETRO AND JAMES KARACOSTAS WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that Plaintiff Robert DiPietro's and Plaintiff James Karacostas' claims be dismissed with prejudice in the above referenced matter, each party to bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

This dismissal shall have no impact on the status of any claims asserted by plaintiffs Gina Bronowicz, Juliana Lamb, and Marla Mittelman.

Dated this 7th day of April, 2015.

| LAW OFFICES OF MICHAEL P. BALABAN | JACKSON LEWIS P.C. |
|---|---|
| */s/ Michael P. Balaban*<br>Michael P. Balaban, Bar No. 9370<br>10726 Del Rudini Street<br>Las Vegas, Nevada 89141<br><br>*Attorneys for Plaintiffs* | */s/ Amy L. Baker*<br>Elayna J. Youchah, Bar No. 5837<br>Amy L. Baker, Bar No. 11907<br>3800 Howard Hughes Parkway, Ste. 600<br>Las Vegas, Nevada 89169<br><br>*Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED: 04/15/2015**