Elayna J. Youchah, Bar No. 5837
youchahe@jacksonlewis.com
Amy L. Baker, Bar No. 11907
amy.baker@jacksonlewis.com
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant*
*FP Holdings, L.P. dba Palms Casino Resort*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GINA BRONOWICZ; ROBERT DiPIETRO; JAMES KARACOSTAS; JULIANA LAMB; and MARLA MITTELMAN, an individual;<br><br>Plaintiffs,<br><br>v.<br><br>FP HOLDINGS, L.P. dba PALMS CASINO RESORT, a Nevada Limited Partnership,<br><br>Defendants. | Case No. 2:14-cv-01822-GMN-CWH<br><br>**STIPULATION AND ORDER TO DISMISS CLAIMS OF PLAINTIFFS GINA BRONOWICZ, JULIANA LAMB, AND MARLA MITTELMAN WITH PREJUDICE** |

The undersigned parties, by and through their respective counsel of record, stipulate and agree that Plaintiffs Gina Bronowicz, Juliana Lamb, and Marla Mittelman's claims be dismissed with prejudice in the above referenced matter, each party to bear their own attorneys' fees and costs.

Dated this 15th day of June, 2015.

LAW OFFICES OF MICHAEL P. BALABAN          JACKSON LEWIS P.C.

 /s/ Michael P. Balaban                                         /s/ Elayna J. Youchah
Michael P. Balaban, Bar No. 9370                   Elayna J. Youchah, Bar No. 5837
10726 Del Rudini Street                                    Amy L. Baker, Bar No. 11907
Las Vegas, Nevada 89141                                3800 Howard Hughes Parkway, Ste. 600
                                                                           Las Vegas, Nevada 89169
*Attorneys for Plaintiffs*
                                                                           *Attorneys for Defendant*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court
**DATED:** June 16, 2015.